IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ANTWANN FOBBS and
JEREMIA RIVERA, *on behalf of*
*themselves and others similarly*
*situated*,

    Plaintiffs,

v.

SKYLINE FORMING, INC.;
SKYLINE FORMING
SOUTHEAST, INC.; and
SUNSHINE FORMING, INC.,

    Defendants.

CIVIL ACTION FILE

No. 1:15-cv-01247-TCB

## <u>O R D E R</u>

On December 22, 2016, the Court held a status conference with

counsel for all parties to discuss the status of settlement negotiations.

After reaching a settlement in principle and reducing the agreed-upon

terms to writing, Plaintiff Antwann Fobbs executed the settlement

agreement, but Plaintiff Jeremia Rivera has refused to do so.

The Court finds that the parties, through their counsel, entered into a binding and enforceable settlement agreement. Plaintiffs' counsel was Rivera's agent for purposes of these negotiations, and "[i]t is well-settled under Georgia law [that] an 'attorney's consent to a settlement agreement is binding on his client.'" *Cannady v. Auto. Data Processing, Inc.*, No. 1:05-cv-2855-WSD, 2006 WL 3422424, at *2 (N.D. Ga. Nov. 28, 2006) (internal punctuation omitted) (quoting *Wong v. Bailey*, 752 F.2d 619, 621 (11th Cir. 1985)). Moreover, the Court has reviewed the settlement agreement and release and finds that the terms contained therein represent "a fair and reasonable resolution of a bona fide dispute over FLSA provisions." *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1355 (11th Cir. 1982).

Accordingly, the Court orders Rivera to sign the settlement agreement and release by January 3, 2017.

IT IS SO ORDERED this 22nd day of December, 2016.

Timothy C. Batten, Sr.
United States District Judge