IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ANTWANN FOBBS and
JEREMIA RIVERA, *on behalf of
themselves and others similarly
situated*,

      Plaintiffs,

v.

SKYLINE FORMING, INC.;
SKYLINE FORMING
SOUTHEAST, INC.; and
SUNSHINE FORMING, INC.,

      Defendants.

CIVIL ACTION FILE

No. 1:15-cv-01247-TCB

## **O R D E R**

Following a December 22, 2016 status conference, the Court

entered an Order [76] directing Plaintiff Jeremia Rivera to execute a

settlement agreement that the parties had previously reached on or

before January 3, 2017. One week after that deadline, Rivera has still

failed to comply with the Court's Order. The Court now enters this

Order enforcing the settlement agreement notwithstanding Rivera's

refusal to execute it.

Although the reasons for Rivera's refusal to execute the agreement are somewhat unclear to the Court, there is no dispute that the parties, through their counsel, agreed to be bound by the terms of the settlement agreement. There was a meeting of the minds to form an agreement that was definite, certain, and unambiguous as to its essential terms. *See generally BellSouth Advert. & Publ'g Corp. v. McCollum*, 433 S.E.2d 437, 445 (Ga. Ct. App. 1993) (holding that no valid agreement existed if "there was . . . any essential part of the contract upon which the minds of the parties had not met"); *Poulos v. Home Fed. Sav. & Loan Ass'n*, 385 S.E.2d 135, 136 (Ga. Ct. App. 1989) (noting that even an oral settlement agreement is enforceable so long as it is "definite, certain and unambiguous"). Moreover, the Court has reviewed the settlement agreement at issue and already found that its terms represent "a fair and reasonable resolution of a bona fide dispute over FLSA provisions." *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1355 (11th Cir. 1982). *See* [76] at 2.

For these reasons, the Court declares the parties' settlement agreement enforceable and, pursuant to paragraph six thereof, directs

2

the Clerk to dismiss this action with prejudice. The Court will retain

jurisdiction to enforce any provisions of the settlement agreement.

IT IS SO ORDERED this 10th day of January, 2017.

_____
Timothy C. Batten, Sr.
United States District Judge